**Dismissed and Memorandum Opinion filed June 14, 2018.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-18-00409-CR

**WILLIAM STEPHEN LUSH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1098506**

## M E M O R A N D U M   O P I N I O N

After a plea of guilty, appellant was convicted of the offense of deadly conduct and sentenced to 30 days in the Harris County Jail on January 22, 2007. No timely motion for new trial was filed. Appellant's notice of appeal was not filed until April 26, 2018.

A defendant's notice of appeal must be filed within 30 days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App.

P. 26.2(a)(1). A notice of appeal that complies with the requirements of Texas Rule of Appellate Procedure 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.
Do Not Publish — Tex. R. App. P. 47.2(b).